1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTK CONSULTING INC., as a California Corporation, on behalf of itself, all others similarly situated, and the general public,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.: 8:21-cv-02063-CJC (JDEx)<br><br>**JUDGEMENT** |

Plaintiff' Motion for Final Approval of Class Action Settlement and Plaintiff's Motion for Attorney's Fees, Costs, Expenses, and Service Awards. (Dkts. 38, 43) came on for hearing before this Court on September 12, 2023. The Court, having considered the full record of the case, issued an Order granting both motions. (Dkt. 46) (the "Order").

It is therefore **ORDERED, ADJUDGED AND DECREED,** under Federal Rules of Civil Procedure 23 and 58 that:

1) For the reasons stated in the Order, judgment is entered in accordance with the Order, and the claims in this action are dismissed with prejudice, without costs to any party, except as otherwise provided in the Order or in the Settlement Agreement; and

2) The case is closed.

**IT IS SO ORDERED.**

Date: September 20, 2023

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE